## QUITCLAIM ASSIGNMENT

WHEREAS, **EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC, WHOSE ADDRESS IS, 25 ENTERPRISE CENTER, MIDDLETOWN, RI 02842, ASSIGNOR,** is identified as the "Lender" on a certain mortgage executed by **JAYME QUINN AND LESLIE QUINN**, and bearing the date of 08/13/2007, and recorded on 08/27/2007 in the Office of the Recorder of KENNEBEC County, State of Maine in Book 9476 and Page 0267 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of **EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC** and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, **EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC** wishes to convey and assign any and all rights it may have under the Mortgage to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, **EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC** hereby assigns and quit claims to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)** all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

**IN WITNESS WHEREOF, this assignment was executed on __06__ / __04__ / __2018__ (MM/DD/YYYY).**
**EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC**

By: _____
Nancy E. Jarboe
Vice President

STATE OF RHODE ISLAND   COUNTY OF NEWPORT

Before me, __06__ / __04__ / __2018__ (MM/DD/YYYY), the undersigned notary public, personally appeared __Nancy E. Jarboe__, personally known to the notary, or proved to the notary through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and acknowledged to the notary that he (she) signed it voluntarily for its stated purpose as __Vice President__ for EMBRACE HOME LOANS, INC., F.K.A. ADVANCED FINANCIAL SERVICES, INC. He/she/they is (are) personally known to me.

_____
Donna Lafleur
Notary Public - State of RHODE ISLAND
Commission expires:

> DONNA LAFLEUR
> Notary Public-State of Rhode Island
> My Commission Expires
> January 17, 2021

**Instrument Prepared By:** Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019
NSDAV   QUIT CLAIM   MIN 100049700009268992 MERS PHONE 1-888-679-6377 MERS
Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T041806-11:50:52 [C-1] QCAME1

**EXHIBIT F**